# United States District Court
## Western District of North Carolina

| | | |
|---|---|---|
| **Nijel Ramsey Lee-Bey,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:16-cv-00195-FDW |
| | ) | Related Case Number |
| vs. | ) | |
| | ) | |
| **Frank L. Perry,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2016 Order.

November 29, 2016

*Frank G. John*

Frank G. Johns, Clerk
United States District Court